■ MICHAEL MUSCARELLA, Appellant-Respondent, v BERKSHIRE HATHAWAY, INC., Doing Business as BUFFALO NEWS, et al., Respondents-Appellants. [721 NYS2d 432] —Order unanimously reversed on the law without costs, motion granted and complaint dismissed. Memorandum: We agree with defendants that Supreme Court erred in denying their motion for summary judgment dismissing the complaint. Defendants made a fair and true report of the findings of a Department of Housing and Urban Development audit report, and thus the comments contained therein are privileged under Civil Rights Law § 74 (*see, Holy Spirit Assn. for Unification of World Christianity v New York Times Co.,* 49 NY2d 63, 68). In view of our determination, we do not consider the contention of plaintiff that he is

not a public official. We have reviewed plaintiff's remaining contentions and conclude that they lack merit. (Appeals from Order of Supreme Court, Erie County, Sedita, Jr., J.—Summary Judgment.) Present—Hayes, J. P., Hurlbutt, Scudder, Kehoe and Lawton, JJ.